| | | |
|---|---|---|
| **EDITH CRUZ** | * | **NO. 2023-CA-0173** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **THE HANOVER INSURANCE COMPANY, MACBUZZ ENTERPRISES, LLC D/B/A JIMMY JOHNS** | * | **FOURTH CIRCUIT** |
| | * | **STATE OF LOUISIANA** |
| **SANDWICHES, BLUE BOILER CATS VI, LLC D/B/A JIMMY** | * | |
| **JOHNS SANDWICHES, AND** | * | |
| **VERONICA KING** | * * * * * * * | |

SCJ   **JENKINS, J., CONCURS IN THE RESULT.**